HEATHER E. WILLIAMS
Federal Defender
RACHELLE BARBOUR, Cal. Bar # 185395
Research and Writing Attorney
Designated Attorney for Service
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Requesting Appointment
for HERMAN BRYANT SLATER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr.S. 09-0018-JAM |
| Plaintiff, | ) APPLICATION AND ORDER APPOINTING |
| | ) COUNSEL |
| v. | ) |
| HERMAN BRYANT SLATER, | ) |
| Defendant. | ) |
| _____ | ) |

    HERMAN BRYANT SLATER through the Federal Defender for the Eastern District of California, hereby requests appointment of the Office of the Federal Defender, through RACHELLE BARBOUR, Research and Writing Attorney, to represent him in this case.

    Mr. Slater was referred to the Federal Defender's Office by the United States Probation Office to assist him in filing a motion for early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1). The Federal Defender's Office has received a financial

affidavit that indicates that Mr. Slater qualifies for appointed counsel. The Federal Defender's Office is respectfully requesting appointment to represent Mr. Slater.

DATED: September 10, 2013

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

                                          /s/ Rachelle Barbour

                                          RACHELLE BARBOUR
                                          Research and Writing Attorney

       Having satisfied the Court that he is unable to employ counsel, the court hereby appoints the Federal Defender's Office pursuant to 18 U.S.C. § 3006A.

      DATED: September 10,2013

                                          UNITED STATES MAGISTRATE JUDGE

2